MARIA COWEN, as Administratrix, etc., Respondent, *v.* THE KNICKERBOCKER ICE COMPANY, Impleaded, etc., Appellant.

(Argued December 17, 1888; decided January 15, 1889.)

APPEAL from judgment of the General Term of the Court of Common Pleas in the city of New York, entered upon an order made January 7, 1887, which affirmed a judgment in favor of plaintiff entered on a verdict.

*E. I. Spink* for appellant.

*John Jeroloman* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JOSEPH SCHESTAUBER, as Administrator, etc., Respondent, *v.* THE MANHATTAN RAILWAY COMPANY, Appellant.

(Argued December 18, 1888; decided January 15, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 19, 1887, which affirmed a judgment in favor of plaintiff entered on a verdict, and an order denying a motion for a new trial.

*Edward S. Rapallo* for appellant.

*Stephen B. Jacobs* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.